## MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Date:** October 15, 2024 |
| vs. | **Case No.:** 22-05035-02-CR-SW-SRB |
| **JAMIE WATERMAN** | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Change of Plea

**Time Commenced:** 1:25 p.m.       **Time Terminated:** 1:36 p.m.

### APPEARANCES

**Plaintiff's counsel:** Jim Kelleher and Stephanie Wan, AUSA
**Defendant's counsel:** Shane Cantin, CJA
**USPPTS:** Elizabeth Farquhar

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

The Court notes that Defendant has signed a *Notice Regarding Entry of a Plea of Guilty* and has, thereby, consented to proceed before the Magistrate Judge pursuant to Rule 11. Defendant advised of rights.

Defendant pleads guilty to Count Three of the Superseding Indictment.

Defendant duly sworn and questioned by the Court. AUSA asserts facts of the case that would be presented during trial. Defendant states that he did, in fact, do the things alleged. The Court finds an adequate factual basis for the plea of guilty and will recommend that it be accepted by the District court. PSI ordered.

Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel